UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br>Plaintiff,<br>v.<br>SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,<br>Defendant. | Case No. 26-cv-08076-AGT<br>**ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT**<br>Re: Dkt. No. 128 |

The Court grants Sergey Firsov's motion for leave to amend his complaint to add Scandinavian Airlines of North America, Inc. ("SANA"), as an additional defendant. As alleged, SANA is a subsidiary of the existing defendant, Scandinavian Airlines System Denmark-Norway-Sweden ("SAS"), and is a proper party under agency and alter-ego principles. *See* Dkt. 128 at 2. SAS didn't file an opposition to Firsov's motion for leave to amend.

Firsov shall file his amended complaint by December 4, 2026.

**IT IS SO ORDERED.**

Dated: November 23, 2026

Alex G. Tse
United States Magistrate Judge